

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 2:06-cr-00138-JCM(RJJ) |
| | | DOCKET NUMBER (Rec. Court) |
| | | **09 - 20046** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Michael Scott Hawk<br>2737 North US 23<br>East Tawas, Michigan 48730 | NEVADA | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | James C. Mahan | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 4/20/07 — TO 4/19/10 |

**OFFENSE**

Presenting False, Fictitious and Fraudulent Claims to a Government Agency

**FILED**

FEB - 2 2009

U.S. DISTRICT COURT
BAY CITY, MICHIGAN

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Michigan upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

November 20, 2008                         *[signature] James C. Mahan*
_____                           _____
Date                                       United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Jan. 9, 2009                              *[signature]*
_____                           _____
Effective Date                            United States District Judge

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF NEVADA
LLOYD D. GEORGE US COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

**LANCE S. WILSON**
**CLERK OF COURT**

CYNTHIA K. JENSEN
CHIEF DEPUTY, LAS VEGAS

JAKE HERB CHIEF
DEPUTY, RENO

January 27, 2009

1000 Washington Ave.
P.O. Box 649
Bay City, MI 48707-0649

**FILED**

FEB - 2 2009

U.S. DISTRICT COURT
BAY CITY, MICHIGAN

Re: **Transfer of Probation**

**Case Name:** USA v. Michael Scott Hawk

**Your Case Number:** N/A

**Our Case Number:** 2:06-cr-0138-JCM-RJJ

Dear Clerk:

Pursuant to the Order for Transfer of Jurisdiction/Probation, enclosed are certified copies of the Indictment, Judgment, Order Transferring Case and the Docket Sheet from the District of Nevada for the above-named defendant.

***District of Nevada is currently using CM/ECF and Judges now sign documents electronically***

Lance S. Wilson, Clerk

By: /s/ Andrew Mennear

Deputy Clerk
U.S. District Court
District of Nevada, Las Vegas

**Please return the enclosed copy of this letter with your case number.**

Date Received: Feb 2, 2009

Your Case Number: **09-20046**

DANIEL G. BOGDEN
United States Attorney
KARYN KENNY
Assistant United States Attorney
333 Las Vegas Blvd., South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6050

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL INDICTMENT |
| PLAINTIFF, | 2:06-CR-0138-JCM(RJJ) |
| VS. | VIOLATION: |
| MICHAEL SCOTT HAWK, | 18 U.S.C. § 287 - Presenting False, Fictitious and Fraudulent Claims to a Government Agency |
| DEFENDANT. | |

**THE GRAND JURY CHARGES THAT:**

On or about November 18, 2005, in the State and Federal District of Nevada,

**MICHAEL SCOTT HAWK,**

the defendant herein, made and presented to the Federal Emergency Management Agency, a claim for funds for individuals displaced by Hurricane Katrina, claiming home damage and essential need for food, clothing and shelter, knowing that the claim was false, fictitious and fraudulent, in that the defendant was not an individual displaced by Hurricane Katrina, nor had the defendant been a resident of, nor resided in the State

. . .

. . .

. . .

1. of Louisiana at the time Hurricane Katrina struck in August 2005, all in violation of Title
2. 18, United States Code, Section 287.

   **DATED:** this _26_ day of April 2006.

   **A TRUE BILL:**

   /S/
   _____
   FOREPERSON OF THE GRAND JURY

   DANIEL G. BOGDEN
   United States Attorney

   KARYN KENNY
   Assistant United States Attorney

   I hereby attest and certify on _1-27-09_ that the foregoing document is a full, true and correct copy of the original on file in my legal custody.

   CLERK, U.S. DISTRICT COURT
   DISTRICT OF NEVADA
   By _____ Deputy Clerk

(Rev. 06/05) Judgment in a Criminal Case
Sheet 1

Case 2:06-cr-00138-RJJ Document 41 Filed 05/17/2007 Page 1 of 6
Case 1:09-cr-20046-TLL Document 1 Filed 02/02/09 Page 5 of 17

# UNITED STATES DISTRICT COURT

District of _____ Nevada _____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| MICHAEL SCOTT HAWK | Case Number: 2:06-CR-0138-JCM-RJJ |
| | USM Number: 40805-048 |
| | MICHAEL W. SANFT, APPTD |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  pleaded guilty to count(s)  **ONE [1] OF THE INDICTMENT**

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a jury verdict.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 18 U.S.C. §287 | Presenting False, Fictitious and Fraudulent Claims to a Government Agency | 4/2006 | ONE [1] |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

APRIL 20, 2007
Date of Imposition of Judgment

*/s/ James C. Mahan*
Signature of Judge

JAMES C. MAHAN, U.S. DISTRICT JUDGE
Name and Title of Judge

May 16, 2007
Date

DEFENDANT: MICHAEL SCOTT HAWK
CASE NUMBER: 2:06-CR-0138-JCM-RJJ

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

## CREDIT FOR TIME SERVED

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ a _____ ☐ a.m. ☐ p.m. on _____ .

　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☐ before 2 p.m. _____ .

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: MICHAEL SCOTT HAWK
CASE NUMBER: 2:06-CR-0138-JCM-RJJ

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

### [3] YEARS

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The Defendant shall refrain from any unlawful use of a controlled substance and shall submit to one drug test within 15 days of the commencement of supervision and at least two periodic drug tests thereafter, not to exceed 104 drug tests annually. Revocation is mandatory for refusal to comply.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X  The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if

X  The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

### STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: MICHAEL SCOTT HAWK
CASE NUMBER: 2:06-CR-0138-JCM-RJJ

## SPECIAL CONDITIONS OF SUPERVISION

1. **Possession of Weapons** - You shall not possess, have under your control, or have access to any firearm, explosive device, or other dangerous weapons, as defined by federal, state, or local law.

2. **Warrantless Search** - You shall submit to the search of your person, property, or automobile under your control by the Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer without a search warrant to ensure compliance with all conditions of release.

3. **Substance Abuse Treatment** - You shall participate in and successfully complete a substance abuse treatment program, which will include drug testing, outpatient counseling, or residential placement, as approved and directed by the probation officer. Further, you shall be required to contribute to the costs of services for such treatment, as approved and directed by the probation officer based upon your ability to pay.

4. **Alcohol Abstinence** - You shall refrain from the use and possession of beer, wine, liquor, and other forms of intoxicants.

5. **Mental Health Treatment** - You shall participate in and successfully complete a mental health treatment program, which may include testing, evaluation, medication management, outpatient counseling or residential placement, as approved and directed by the probation officer.

6. **Debt Obligations** - You shall be prohibited from incurring new credit charges, opening additional lines of credit, or negotiating or consummating any financial contracts without the approval of the probation officer.

7. **Access to Financial Information** - You shall provide the probation officer access to any requested financial information, including personal income tax returns, authorization for release of credit information, and any other business financial information in which you have a control or interest.

8. **Warrants -** You must resolve any outstanding warrants within **90** days of your supervised release period.

*Note: A written statement of the conditions of release was provided to the Defendant by the Probation Officer in open Court at the time of sentencing.*

DEFENDANT: MICHAEL SCOTT HAWK
CASE NUMBER: 2:06-CR-0138-JCM-RJJ

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| TOTALS | $ 100.00 | $ N/A | $ 3,889.22 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Clerk, U.S. District Court<br>Lloyd D. George Fed Bldg.<br>333 Las Vegas Blvd., So.<br>Las Vegas, NV 89101<br>Attn : Finance Dept | $3,889.22 | $3,889.22 | |
| **TOTALS** | $ 3889.22 | $ 3889.22 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the    ☐ fine    ☐ restitution.

☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: MICHAEL SCOTT HAWK
CASE NUMBER: 2:06-CR-0138-JCM-RJJ

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A  **X**  Lump sum payment of $ __100.00__ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance   ☐ C,   ☐ D,   ☐ E, or   ☐ F below; or

B  ☐  Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  **X**  Special instructions regarding the payment of criminal monetary penalties:

**Schedule of payments** - Any remaining balance shall be paid during the term of supervised release at a rate of no less than 10% of gross income, subject to an adjustment by the probation officer based upon the ability to pay.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

I hereby attest and certify on 1-27-09 that the foregoing document is a full, true and correct copy of the original on file in my legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
_____ Deputy Clerk

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

CLOSED

# United States District Court
## District of Nevada (Las Vegas)
### CRIMINAL DOCKET FOR CASE #: 2:06-cr-00138-JCM-RJJ All Defendants
### Internal Use Only

Case title: USA vs Michael Scott Hawk  
Other court case number: 2:06-MJ-00182-GWF NV Magistrate Case

Date Filed: 04/26/2006  
Date Terminated: 05/17/2007

Assigned to: Judge James C. Mahan  
Referred to: Magistrate Judge Robert J. Johnston

### Defendant (1)

**Michael Scott Hawk**  
*TERMINATED: 05/17/2007*

represented by **Michael W Sanft**  
SANFT LAW  
520 S 4th Street  
Las Vegas , NV 89101  
(702) 384-5563  
Fax: (702) 385-1752  
Email: sanftlawgroup@mac.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: CJA Appointment*

**Rene Valladares**  
Federal Public Defender  
411 E Bonneville  
Suite 250  
Las Vegas , NV 89101-  
702-388-6577  
Fax: 702-388-6261  
Email: ECF_Vegas@fd.org  
*TERMINATED: 07/20/2006*  
*Designation: FPD*

### Pending Counts

18:287 - PRESENTING FALSE, FICTITIOUS AND FRAUDULENT CLAIMS TO A GOVERNMENT AGENCY

### Disposition

Sentenced 4/20/07

| | | |
|---|---|---|
| 04/26/2006 | 3 | MINUTES OF PROCEEDINGS - Grand Jury Return as to Michael Scott Hawk held on 4/26/2006 before Judge Robert J. Johnston. Crtrm Administrator: *Aaron Blazevich*; AUSA: *Russell Marsh*; Court Reporter/FTR #: *Mary Howard*; Time of Hearing: *1:24pm*; Defendant is in local federal custody. Preliminary Examination is converted to Arraignment and Plea. Arraignment/Plea set for 5/5/2006 08:30 AM in LV Courtroom 3C before Magistrate Judge Lawrence R. Leavitt. (KCR, ) (Entered: 04/26/2006) |
| 04/26/2006 | | (Court only) **NON-PUBLIC** Location start as to Michael Scott Hawk; **NON-PUBLIC** Procedural Interval start as to Michael Scott Hawk (KCR) (Entered: 04/26/2006) |
| 04/26/2006 | | NOTE as to Michael Scott Hawk: See Magistrate case number 2:06-mj-00182-GWF for proceedings (Complaint, Initial Appearance, Order Appointing Counsel & Financial Affidavit) prior to indictment. (KCR) (Entered: 04/26/2006) |
| 05/04/2006 | 4 | JOINT DISCOVERY STATEMENT filed by USA as to Michael Scott Hawk (Kenny, Karyn) (Entered: 05/04/2006) |
| 05/05/2006 | 5 | MINUTES OF PROCEEDINGS - Arraignment/Plea as to Michael Scott Hawk held on 5/5/2006 before Judge Lawrence R. Leavitt. Crtrm Administrator: *K. Goetsch*; AUSA: *Karyn Kenny*; Def Counsel: *Rene Valladares*; Court Reporter/FTR #: *8:47:53-8:50:34*; Time of Hearing: *8:30am*; Defendant is present in custody. Defendant is arraigned on Indictment. Defendant pleads NOT GUILTY to count(s) One. Order regarding Pretrial Procedure is entered and copies are served on counsel in open court. The U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history, if any. Defendant is remanded to custody. Calendar Call set for 6/21/2006 01:30 PM in LV Courtroom 6A before Judge James C. Mahan. Jury Trial set for 6/26/2006 09:00 AM in LV Courtroom 6A before Judge James C. Mahan.**(no image attached)** (KXG, ) (Entered: 05/05/2006) |
| 05/05/2006 | 6 | ORDER REGARDING PRETRIAL PROCEDURE as to Michael Scott Hawk. Responses to motions to be filed and served within eleven (11) calendar days from the date of service of the motion; and reply brief to be served within three (3) calendar days from the date of service of the response. Motions due by 6/4/2006. Signed by Judge Lawrence R. Leavitt on 5/5/06. (LMC) (Entered: 05/08/2006) |
| 05/08/2006 | | Set/Reset Hearings as to Michael Scott Hawk: Calendar Call set for 6/21/2006 01:30 PM in LV Courtroom 6A before Judge James C. Mahan. Jury Trial set for 6/26/2006 09:00 AM in LV Courtroom 6A before Judge James C. Mahan. (DXO, ) (Entered: 05/08/2006) |
| 05/25/2006 | 7 | ORDER REGARDING TRIAL as to Michael Scott Hawk Jury Trial set for 6/26/2006 09:00 AM in LV Courtroom 6A before Judge James C. Mahan. Calendar Call set for 6/21/2006 01:30 PM in LV Courtroom 6A before Judge James C. Mahan. Signed by Judge James C. Mahan on 5/25/2006. (DXO, ) (Entered: 05/25/2006) |

| | | |
|---|---|---|
| 06/16/2006 | 8 | STIPULATION *TO CONTINUE TRIAL DATE (1st request)* by Michael Scott Hawk (Valladares, Rene) (Entered: 06/16/2006) |
| 06/21/2006 | 9 | NOTICE *OF INTENT TO PLEAD GUILTY* by Michael Scott Hawk (Valladares, Rene) (Entered: 06/21/2006) |
| 06/21/2006 | 10 | NOTICE OF HEARING as to Michael Scott Hawk: Straight up Change of Plea Hearing set for 7/20/2006 11:00 AM in LV Courtroom 6A before Judge James C. Mahan. **(no image attached)**(DXO, ) (Entered: 06/21/2006) |
| 06/26/2006 | 11 | *SEALED* Emergency **SEALED MOTION EMERGENCY MOTION FOR DETETMINATION CONCERNING STATUS OF COUNSEL (FILED UNDER SEAL)** by Michael Scott Hawk. Responses due by 7/10/2006. (Valladares, Rene) (Entered: 06/26/2006) |
| 06/26/2006 | 12 | ORDER ON STIPULATION re 8 proposed Stipulation filed by Michael Scott Hawk: Ordered that Calendar Call 6/21/06 vac and cont to 8/9/2006 01:30 PM before Judge James C. Mahan. Jury Trial 6/26/06 vac and cont to 8/14/2006 09:00 AM before Judge James C. Mahan. 3161(h)(8)(A) cited. Signed by Judge James C. Mahan on 6/26/06. (WJ, ) (Entered: 06/28/2006) |
| 06/27/2006 | 13 | LETTER from Hon. James C. Mahan to AFPD Rene Valladares referring Michael Hawks letter for handling. (LMC) (Entered: 06/29/2006) |
| 06/30/2006 | 14 | NOTICE OF HEARING ON 11 Emergency **SEALED MOTION EMERGENCY MOTION FOR DETETMINATION CONCERNING STATUS OF COUNSEL (FILED UNDER SEAL)** in case as to Michael Scott Hawk: Motion Hearing set for 7/10/2006 10:00 AM in LV Courtroom 6A before Judge James C. Mahan. **(no image attached)**(SRB, ) (Entered: 06/30/2006) |
| 07/05/2006 | 15 | NOTICE OF HEARING as to Michael Scott Hawk: Emergency Motion Hearing previously set for 7/10/2006 10:00 AM in LV Courtroom 6A before Judge James C. Mahan. IS VACATED and referred to RJJ for hearing.**(no image attached)**(DXO, ) (Entered: 07/05/2006) |
| 07/07/2006 | 16 | *SEALED* **SEALED** MINUTE ORDER IN CHAMBERS of the Honorable Robert J. Johnston, U.S. Magistrate Judge, as to Michael Scott Hawk on 7/7/2006. By Judicial Assistant: MXS. Motion Hearing set for 7/17/2006, at 01:30 PM in LV Courtroom 3D before Magistrate Judge Robert J. Johnston RE: 11 Emergency **SEALED MOTION EMERGENCY MOTION FOR DETETMINATION CONCERNING STATUS OF COUNSEL (FILED UNDER SEAL)** filed by Michael Scott Hawk. Defendant must be present in Court for this hearing. Counsel shall file under seal a copy of Mr. Hawk's grievance. **(no image attached)** (MXS ) (Entered: 07/07/2006) |
| 07/11/2006 | 17 | *SEALED* (Court only) **NON-PUBLIC** SEALED EX PARTE MOTION *Ex-Parte Addendum To The Emergency Motion For Determination Concerning Status Of Counsel (Filed Under Seal)* by Michael Scott Hawk. (Attachments: # 1)(Valladares, Rene) (Entered: 07/11/2006) |
| 07/17/2006 | 18 | *SEALED* MINUTES OF PROCEEDINGS - **SEALED** Hearing as to Michael Scott Hawk held on 7/17/2006 before Judge Robert J. Johnston. |

| | | |
|---|---|---|
| | | Crtrm Administrator: *Kathy Yagich*; AUSA: *Karyn Kenny*; Def Counsel: *Rene Valladares*; Court Reporter/FTR #: *138:22-154:51*; Time of Hearing: *138:22*; Defendant is present. Concerning the Emergency Motion for Determination Concerning Status of Counsel filed by Michael Scott Hawk, IT IS ORDERED the Federal Public Defender is released as the attorney for defendant Michael Hawk. IT IS FURTHER ORDERED an attorney will be assigned to the defendant from the CJA panel. Defendant is remanded to custody. **(no image attached)** (KLY, ) (Entered: 07/17/2006) |
| 07/19/2006 | 19 | ORDER REGARDING TRIAL as to Michael Scott Hawk Jury Trial set for 8/14/2006 09:00 AM in LV Courtroom 6A before Judge James C. Mahan. Calendar Call set for 8/9/2006 01:30 PM in LV Courtroom 6A before Judge James C. Mahan. Exhibit List due by 8/9/2006. Proposed Voir Dire due by 8/9/2006. Proposed Jury Instructions due by 8/9/2006. Trial Briefs due by 8/9/2006. Signed by Judge James C. Mahan on 7/19/2006. (DXO, ) (Entered: 07/19/2006) |
| 07/19/2006 | 20 | ORDER APPOINTING COUNSEL as to Michael Scott Hawk. CJA Michael W Sanft for Michael Scott Hawk appointed as counsel in place of the Federal Public Defender for all further proceedings. Subpoenas issued upon request with exception to out of state subpoenas which will require court approval. Signed by Judge Robert J. Johnston on 7/19/2006. (MXS ) (Entered: 07/20/2006) |
| 07/20/2006 | | (Court only) **NON-PUBLIC** Attorney update in case as to Michael Scott Hawk: Attorney Rene Valladares terminated. (MXS ) (Entered: 07/20/2006) |
| 08/08/2006 | 21 | STIPULATION *to Continue Calendar Call and Trial (2nd Request)* by USA as to Michael Scott Hawk (Kenny, Karyn) (Entered: 08/08/2006) |
| 08/10/2006 | 22 | ORDER TO CONTINUE TRIAL - Ends of Justice - as to Michael Scott Hawk re 21 . Time excluded from 8/10/06 until 9/11/06. Jury Trial set for 9/11/2006 09:00 AM before Judge James C. Mahan. Calendar Call set for 9/6/2006 01:30 PM before Judge James C. Mahan. Proposed Voir Dire, Proposed Jury Instructions, Trial Briefs and USA Witness List due by 9/6/2006. Signed by Judge James C. Mahan on 8/10/06. (KCR) (Entered: 08/11/2006) |
| 08/24/2006 | 23 | ORDER REGARDING TRIAL as to Michael Scott Hawk Jury Trial set for 9/11/2006 09:00 AM in LV Courtroom 6A before Judge James C. Mahan. Calendar Call set for 9/6/2006 01:30 PM in LV Courtroom 6A before Judge James C. Mahan. Exhibit List due by 9/6/2006. Proposed Voir Dire due by 9/6/2006. Proposed Jury Instructions due by 9/6/2006. Trial Briefs due by 9/6/2006. Signed by Judge James C. Mahan on 8/24/2006. (DXO, ) (Entered: 08/24/2006) |
| 09/15/2006 | 24 | STIPULATION *to Continue Trial* by Michael Scott Hawk (Sanft, Michael) (Entered: 09/15/2006) |
| 09/15/2006 | 25 | ORDER TO CONTINUE TRIAL - Ends of Justice - as to Michael Scott Hawk re 24 Stipulation. Time excluded from 9/12/06 until 11/13/06. Jury Trial set for 11/13/2006 09:00 AM before Judge James C. Mahan. Calendar |

| | | |
|---|---|---|
| | | Call set for 11/8/2006 01:30 PM before Judge James C. Mahan. Further Continuances will require a Motion and a Hearing. Signed by Judge James C. Mahan on 9/15/06. (KCR) (Entered: 09/15/2006) |
| 09/18/2006 | 26 | NOTICE OF ATTORNEY APPEARANCE Brian D. Pugh appearing for USA. (Pugh, Brian) (Entered: 09/18/2006) |
| 10/05/2006 | 27 | MOTION to Continue Trial by USA as to Michael Scott Hawk. Responses due by 10/19/2006. (Pugh, Brian) (Entered: 10/05/2006) |
| 10/30/2006 | 28 | **ORDER REGARDING TRIAL** as to Michael Scott Hawk **Jury Trial set for 11/13/2006 09:00 AM** in LV Courtroom 6A before Judge James C. Mahan. **Calendar Call set for 11/8/2006 01:30 PM** in LV Courtroom 6A before Judge James C. Mahan. Exhibit List due by 11/8/2006. Proposed Voir Dire due by 11/8/2006. Proposed Jury Instructions due by 11/8/2006. Trial Briefs due by 11/8/2006. Signed by Judge James C. Mahan on 10/30/2006. (DXO, ) (Entered: 10/30/2006) |
| 11/01/2006 | 29 | NOTICE OF HEARING ON 27 MOTION to Continue Trial in case as to Michael Scott Hawk: Motion Hearing set for 11/1/2006 02:00 PM in LV Courtroom 6A before Judge James C. Mahan. **(no image attached)**(SRB, ) (Entered: 11/01/2006) |
| 11/02/2006 | 30 | MINUTES OF PROCEEDINGS - Motion Hearing as to Michael Scott Hawk held on **11/1/2006** before Judge James C. Mahan. Crtrm Administrator: *David Oakes*; AUSA: *Brian Pugh*; Def Counsel: *Michael Sanft*; Court Reporter/FTR #: *Joy Garner*; Time of Hearing: *2:00 p.m.*; Defendant is present. **RE: 27 MOTION to Continue Trial** filed by USA,. Defendant is remanded to custody. **COURT ORDERED,** the new calendar call and trial dates are set out in the signed order of the Governments motion. Calendar Call set for **12/13/2006 01:30 PM** in LV Courtroom 6A before Judge James C. Mahan. Jury Trial set for **12/18/2006 09:00 AM** in LV Courtroom 6A before Judge James C. Mahan.**(no image attached)** (DXO, ) (Entered: 11/02/2006) |
| 11/06/2006 | 31 | ORDER TO CONTINUE TRIAL as to Michael Scott Hawk re 27 MOTION to Continue Trial filed by USA. Time excluded from 11/14/06 until 12/18/06. Jury Trial set for 12/18/2006 09:00 AM before Judge James C. Mahan. Calendar Call set for 12/13/2006 01:30 PM before Judge James C. Mahan. FURTHER REQUESTS for continuance by the parties will require a motion and a hearing. Signed by Judge James C. Mahan on 11/6/06. (MMM) (Entered: 11/06/2006) |
| 11/09/2006 | | Set/Reset Hearings as to Michael Scott Hawk: Calendar Call set for 12/13/2006 01:30 PM in LV Courtroom 6A before Judge James C. Mahan. Jury Trial set for 12/18/2006 09:00 AM in LV Courtroom 6A before Judge James C. Mahan. (DXO, ) (Entered: 11/09/2006) |
| 11/13/2006 | 32 | ORDER REGARDING TRIAL as to Michael Scott Hawk **Jury Trial set for 12/18/2006 09:00 AM** in LV Courtroom 6A before Judge James C. Mahan. **Calendar Call set for 12/13/2006 01:30 PM** in LV Courtroom 6A before Judge James C. Mahan. Exhibit List due by 12/13/2006. Proposed Voir Dire |

| | | |
|---|---|---|
| | | due by 12/13/2006. Proposed Jury Instructions due by 12/13/2006. Trial Briefs due by 12/13/2006. Signed by Judge James C. Mahan on 11/13/2006. (DXO, ) (Entered: 11/13/2006) |
| 12/11/2006 | 33 | NOTICE OF HEARING as to Michael Scott Hawk: Change of Plea Hearing set for **12/28/2006 11:30 AM** in LV Courtroom 6A before Judge James C. Mahan. **(no image attached)**(DXO, ) (Entered: 12/11/2006) |
| 12/28/2006 | 34 | MINUTES OF PROCEEDINGS - Change of Plea as to Michael Scott Hawk held on **12/28/2006** before Judge James C. Mahan. Crtrm Administrator: *David Oakes*; AUSA: *Brian Pugh*; Def Counsel: *Michael Sanft*; Court Reporter/FTR #: *Joy Garner*; Time of Hearing: *11:30 a.m.*; Defendant is present. Defendant pleads GUILTY to count(s) **One 1** of the Indictment. Plea Agreement filed. Court accepts the guilty plea. This matter is referred to the probation department for investigation and report. Trial setting as to this defendant is vacated. Defendant is **ordered released pending sentencing.** Sentencing and disposition set for **3/16/2007 11:30 AM** in LV Courtroom 6A before Judge James C. Mahan.**(no image attached)** (DXO, ) Modified on 12/28/2006 (DXO, ). (Entered: 12/28/2006) |
| 12/28/2006 | 37 | PLEA MEMORANDUM as to Michael Scott Hawk. (MMM) (Entered: 12/29/2006) |
| 12/29/2006 | 35 | Submission of PROPOSED ORDER filed by Defendant Michael Scott Hawk *For Release* (Sanft, Michael) (Entered: 12/29/2006) |
| 12/29/2006 | 36 | ORDER as to Michael Scott Hawk re 35 Proposed Order Submission filed by Michael Scott Hawk. ORDERED that Defendant Michael Scott Hawk be released from the custody of the U.S. Marshals immediately, without restriction. Signed by Judge James C. Mahan on 12/29/06. (MMM) (Entered: 12/29/2006) |
| 03/15/2007 | 38 | STIPULATION *to Continue Sentencing* by Michael Scott Hawk (Sanft, Michael) (Entered: 03/15/2007) |
| 03/15/2007 | 39 | ORDER ON STIPULATION granting 38 Stipulation to Continue Sentencing as to Michael Scott Hawk. Sentencing and disposition set for 4/20/2007 10:00 AM in LV Courtroom 6A before Judge James C. Mahan. Signed by Judge James C. Mahan on 3/15/07. (MMM) (Entered: 03/15/2007) |
| 04/20/2007 | 40 | MINUTES OF PROCEEDINGS - Sentencing and Disposition as to Michael Scott Hawk held on **4/20/2007** before Judge James C. Mahan. Crtrm Administrator: *David Oakes*; AUSA: *Brian Pugh*; Def Counsel: *Michael Sanft*; USPO: *Cherie Hewes*; Court Reporter/FTR #: *Aaron Blazevich*; Time of Hearing: *10:00 a.m.*; Defendant is present. Sentence is imposed as to **count(s) One 1 of the indictment.** Defendant is advised of right to file an appeal. Defendant is released on terms of supervised release. Written special conditions are provided to the defendant in open court. **(no image attached)** (DXO, ) (Entered: 04/20/2007) |
| 05/17/2007 | 41 | JUDGMENT as to Michael Scott Hawk (1), Count 1: Credit for Time Served; 3 years supervised release; mental health treatment; $100.00 assessment; |

| | | |
|---|---|---|
| | | $3,889.22 restitution. Signed by Judge James C. Mahan on 5/16/07. (MMM) (Entered: 05/18/2007) |
| 11/19/2008 | 42 | Form 22 - PETITION to Transfer Jurisdiction of Supervision - Out as to Michael Scott Hawk. Motion ripe 11/19/2008. (Attachments: # 1 Prob 22) (Aquino, Robert) (Entered: 11/19/2008) |
| 11/20/2008 | 43 | ORDER granting 42 Petition to Transfer Jurisdiction of Supervision out as to Michael Scott Hawk (1). Signed by Judge James C. Mahan on 11/20/08. (Copies have been distributed pursuant to the NEF - AXM) (Entered: 11/21/2008) |
| 01/27/2009 | 44 | ORDER Accepting Transfer of Jurisdcition of Supervised Release from the Eastern District of Michigan re 43 Order on Petition to Transfer Jurisdiction of Supervision - Out as to Michael Hawk. (Copies have been distributed pursuant to the NEF - AXM) (Entered: 01/27/2009) |
| 01/27/2009 | 45 | TRANSMITTAL of certified copies of Indictment, Judgment and Docket sheet to Eastern District of Michigan as to Michael Scott Hawk. (AXM) (Entered: 01/27/2009) |

I hereby attest and certify on 1-27-09
that the foregoing document is a full, true
and correct copy of the original on file in my
legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
By _____ Deputy Clerk